IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RALPH K. FRANKLIN, JR.,

      Appellant,

v.

RIVIERA BEACH FIRE
RESCUE AND GALLAGHER
BASSETT SERVICES,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4669

_____/

Opinion filed March 8, 2016.

An appeal from an order of the Judge of Compensation Claims.
Timothy M. Basquill, Judge.

Date of Accident: October 19, 1999.

Michael H. Stauder of Stauder Law Group, Jupiter, for Appellant.

Christine M. Tomasello of Pallo, Marks, Hernandez, Gechijian & DeMay, P.A.,
Palm Beach Gardens, for Appellees.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.